AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:19-M -08080(1) - MAT |
| | § |
| (1) JUAN JOSE MERCADO-GARCIA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

"The DEFENDANT, Juan Jose MERCADO-Garcia, an alien to the United States and a citizen of El Salvador was found approximately 2.96 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Machuca, Alexis
Border Patrol Agent

08/26/2019                                    at    EL PASO, Texas
File Date                                            City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:19-M -08080(1)

WESTERN DISTRICT OF TEXAS

(1) JUAN JOSE MERCADO-GARCIA

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of El Salvador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to El Salvador on 04/30/2019 through Phoenix, Az.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to EL SALVADOR on April 30, 2019, through PHOENIX, AZ

CRIMINAL HISTORY:
10/22/2018, Sylvan Lake, MI, Traffic Offense(F), ACC, 90 days.
04/16/2019, El Paso, TX, 8 USC 1325(M), CNV, 49 days.